No. 1544, Misc. IN RE BURRUS ET AL. Sup. Ct. N. C. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Jack Greenberg* and *Michael Meltsner* for petitioners. *Robert Morgan,* Attorney General of North Carolina, *Ralph Moody,* Deputy Attorney General, and *Andrew A. Vanore, Jr.,* Assistant Attorney General, in opposition.

No. 1114. AMERICAN OIL CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Leroy Denman Moody, Joe R. Greenhill, Jr.,* and *Alfred A. Lohne* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for the United States.

No. 1118. WILLIAMS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. *F. Lee Bailey* for petitioner.

No. 1141. AUTENREITH ET AL. *v.* CULLEN, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 9th Cir. Certiorari denied. *Francis Heisler* and *Herbert A. Schwartz* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Meyer Rothwacks,* and *Stuart A. Smith* for respondents.

No. 1188. SEEBURG CORP. *v.* MINTHORNE ET UX.; and No. 1235. MINTHORNE ET UX. *v.* SEEBURG CORP. ET AL. C. A. 9th Cir. Certiorari denied. *John P. Frank* for petitioner in No. 1188. *John C. Hughes* for petitioners in No. 1235 and for respondents in No. 1188.